635 A.2d 504

IN THE MATTER OF HOWARD PITT, AN ATTORNEY AT LAW.

December 8, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that HOWARD PITT, of GREEN-WOOD LAKE, NEW YORK, who was admitted to the bar of this State in 1974, be suspended from the practice of law for a period of six months and that if restored to practice that respondent practice under the supervision of a proctor for a period of one year, for failure to communicate with clients, in violation of *RPC* 1.4; failure to act with diligence, in violation of *RPC* 1.3; failure to safeguard property, in violation of *RPC* 1.15; and failure to cooperate with the ethics authorities, in violation of *RPC* 8.1(b); and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and respondent is hereby suspended from the practice of law for a period of six months, effective January 3, 1994, and until the further Order of the Court; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this order and the full record of the matter, be added as a permanent part of the file of said HOWARD PITT as an attorney at law of the State of New Jersey; and it is further

ORDERED that HOWARD PITT be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that on reinstatement to practice respondent shall practice under the supervision of a proctor approved by the Office of Attorney Ethics for a period of one year; and it is further

ORDERED that HOWARD PITT reimburse the Ethics Financial Committee for appropriate administrative costs.